UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00782-TWP-MKK |
| ) | |
| JASON CARTER Individual Capacity, ) | |
| KELLY WILLIAMS Individual Capacity, ) | |
| SHELLY JACOBS Individual Capacity, ) | |
| CENTURION, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Klump's report and recommendation, (Dkt. 130). The Magistrate Judge recommends that Plaintiff Darrell Brown's ("Mr. Brown") Motion For Sanctions, (Dkt. 92), be granted, to the extent that defense counsel Dillon and her law firm be ordered to pay a fine of $1,000.00 to Mr. Brown.

Counsel Dillon had fourteen days to object to the Magistrate Judge's report and recommendation. No objection was filed, and the time to do so has passed.

The Court **ADOPTS** the Magistrate Judge's report and recommendation, Dkt. [130], in its entirety. Mr. Brown's Motion for Sanctions, Dkt. [92], is **GRANTED** and Counsel Dillon and her law firm is **ordered to pay a fine of $1,000.00** to Mr. Brown. The Court adds one modification to the Report and Recommendation,: that the fine be paid **within 30 days of the date of this Order**.

Furthermore, Counsel Dillon must comply with the entirety of the Magistrate Judge's report and recommendation, and all orders contained therein.

IT IS SO ORDERED.

Date: 8/25/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

DARRELL BROWN
214818
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com